# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In Re:                                              Case No:    04-69631

ELIZABETH A RIDER
11190 US 23 LOT 52                                  Judge:      CHARLES M. CALDWELL
WAVERLY, OH  45690


SSN(S):      XXX-XX-1602


### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.


Dated:   January 25, 2010                /s/ Frank M. Pees
                                         _____
                                         Frank M. Pees
                                         Chapter 13 Trustee




**Name and Address**                                    **Amount**

ELIZABETH A RIDER                                       0.90
11190 US 23 LOT 52
WAVERLY, OH  45690